## Pay Stub 1

PARK AMERICA, INC.
REGULAR RATE: 10.00

| HOURS | | GROSS EARNINGS | | | | |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | NET PAY |
| 74.50 | .00 | 745.00 | | | 825.00 | 542.14 |

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 61.90 | 63.11 | 25.33 | .50 | 32.02 |
| TAXES TO DATE | 793.10 | 765.79 | 307.32 | 6.01 | 388.48 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| SICK PAY | 80.00 | LOANS | 100.00 | | | Hrs YTD |
| Hours | 8.00 | YTD | 1,900.00 | | | V 80.00 |
| | | | | | | S 32.00 |

## Pay Stub 2 — 283453

| EMPLOYEE NAME | NUMBER | PAY THROUGH |
|---|---|---|
| TRAORE, HADY | 215  21201 | 05/05/19 |

| HOURS | | GROSS EARNINGS | | | | |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | NET PAY |
| 80.00 | 4.75 | 800.00 | 71.25 | 9,185.00 | 871.25 | 576.07 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 67.45 | 66.65 | 26.75 | .52 | 33.81 |
| TAXES TO DATE | 731.20 | 702.68 | 281.99 | 5.51 | 356.46 |

| OTHER EARNINGS | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|
| | LOANS | 100.00 | | | Hrs YTD |
| | YTD | 1,800.00 | | | V 80.00 |
| | | | | | S 24.00 |

## Pay Stub 3 — 283056

| EMPLOYEE NAME | NUMBER | PAY THROUGH |
|---|---|---|
| TRAORE, HADY | 215  21201 | 04/21/19 |

| HOURS | | GROSS EARNINGS | | | | |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | NET PAY |
| 80.00 | 2.00 | 800.00 | 30.00 | 8,313.75 | 1,230.00 | 839.16 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 110.50 | 94.10 | 37.76 | .74 | 47.74 |
| TAXES TO DATE | 663.75 | 636.03 | 255.24 | 4.99 | 322.65 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| VAC PAY | 400.00 | LOANS | 100.00 | | | Hrs YTD |
| Hours | 40.00 | YTD | 1,700.00 | | | V 80.00 |
| | | | | | | S 24.00 |



| HOURS | | GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | | THIS CHECK | |
| 80.00 | .00 | 800.00 | .00 | 7,083.75 | 800.00 | 523.81 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 58.90 | 61.20 | 24.56 | .48 | 31.05 |
| TAXES TO DATE | 553.25 | 541.93 | 217.48 | 4.25 | 274.91 |

| OTHER EARNINGS | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | Hrs YTD |
|---|---|---|---|---|
| | LOANS | 100.00 | | V 40.00 |
| | YTD | 1,600.00 | | S 24.00 |

---

282282

| EMPLOYEE NAME | NUMBER | PAY THROUGH |
|---|---|---|
| TRAORE, HADY | 215  21201 | 03/24/19 |

| HOURS | | GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | |
| 55.75 | .00 | 557.50 | .00 | 6,283.75 | 1,197.50 | 815.34 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 106.60 | 91.61 | 36.76 | .72 | 46.47 |
| TAXES TO DATE | 494.35 | 480.73 | 192.92 | 3.77 | 243.86 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | Hrs YTD |
|---|---|---|---|---|---|
| VAC PAY | 400.00 | LOANS | 100.00 | | V 40.00 |
| Hours | 40.00 | YTD | 1,500.00 | | S 24.00 |
| SICK PAY | 80.00 | | | | |
| Hours | 8.00 | | | | |
| PERSONAL | 160.00 | | | | |
| Hours | 16.00 | | | | |

---

281888

| EMPLOYEE NAME | NUMBER | PAY THROUGH |
|---|---|---|
| TRAORE, HADY | 215  21201 | 03/10/19 |

| HOURS | | GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | |
| 80.00 | 1.75 | 800.00 | 26.25 | 5,086.25 | 826.25 | 543.06 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 62.05 | 63.21 | 25.37 | .49 | 32.07 |
| TAXES TO DATE | 387.75 | 389.12 | 156.16 | 3.05 | 197.39 |

| OTHER EARNINGS | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | Hrs YTD |
|---|---|---|---|---|
| | LOANS | 100.00 | | |
| | YTD | 1,400.00 | | S 16.00 |

## Paystub 1 (partial, top)

PARK AMERICA, INC.
REGULAR RATE: 10.00

| HOURS | | GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | |
| 80.00 | .00 | 800.00 | .00 | 4,260.00 | 800.00 | 523.81 |

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 58.90 | 61.20 | 24.56 | .48 | 31.05 |
| TAXES TO DATE | 325.70 | 325.91 | 130.79 | 2.56 | 165.32 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | |
|---|---|---|---|---|---|
| | | LOANS | 100.00 | | |
| | | YTD | 1,300.00 | | |

Hrs YTD
S   16.00

---

## Paystub 2 — 281087

| EMPLOYEE NAME | NUMBER | PAY THROUGH |
|---|---|---|
| TRAORE, HADY | 215  21201 | 02/10/19 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| HOURS | | GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | |
| 72.25 | .00 | 722.50 | .00 | 3,460.00 | 802.50 | 525.63 |

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 59.20 | 61.40 | 24.64 | .49 | 31.14 |
| TAXES TO DATE | 266.80 | 264.71 | 106.23 | 2.08 | 134.27 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | |
|---|---|---|---|---|---|
| SICK PAY | 80.00 | LOANS | 100.00 | | |
| Hours | 8.00 | YTD | 1,200.00 | | |

Hrs YTD
S   16.00

---

## Paystub 3 — 280681

| EMPLOYEE NAME | NUMBER | PAY THROUGH |
|---|---|---|
| TRAORE, HADY | 215  21201 | 01/27/19 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| HOURS | | GROSS EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | THIS CHECK | |
| 73.50 | .00 | 735.00 | .00 | 2,657.50 | 815.00 | 534.82 |

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 60.70 | 62.35 | 25.02 | .48 | 31.63 |
| TAXES TO DATE | 207.60 | 203.31 | 81.59 | 1.59 | 103.13 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS | |
|---|---|---|---|---|---|
| SICK PAY | 80.00 | LOANS | 100.00 | | |
| Hours | 8.00 | YTD | 1,100.00 | | |

Hrs YTD
S   8.00

280277

| EMPLOYEE NAME | | DOCUMENT NUMBER | | PAY THROUGH | | |
|---|---|---|---|---|---|---|
| TRAORE, HADY | | 215  21201 | | 01/13/19 | | |
| HOURS | | GROSS EARNINGS | | | THIS CHECK | NET PAY |
| REGULAR | OVERTIME | REGULAR | OVERTIME | TO DATE | | |
| 80.00 | .00 | 800.00 | .00 | 1,842.50 | 880.00 | 582.48 |

PARK AMERICA, INC.
REGULAR RATE: 10.00

| | FED. W/H | FICA | STATE W/H | S.U.I. | CITY W/H |
|---|---|---|---|---|---|
| TAXES THIS PERIOD | 68.50 | 67.32 | 27.02 | .53 | 34.15 |
| TAXES TO DATE | 146.90 | 140.96 | 56.57 | 1.11 | 71.50 |

| OTHER EARNINGS | | OTHER DEDUCTIONS | | OTHER DEDUCTIONS |
|---|---|---|---|---|
| HOL PAY | 80.00 | LOANS | 100.00 | |
| Hours | 8.00 | YTD | 1,000.00 | |