**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Hady Traore

        Debtor(s)

Case No: 19–12192–elf

Chapter: 13

---

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the second
installment payment of $80.00

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 7/2/19

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 19, 2019

24
Form 175