# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

                               Bankruptcy No. 19-12192-ELF

       HADY  TRAORE

       7120 GUYER AVE.

       PHILADELPHIA, PA 19153-

           Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

       HADY  TRAORE

       7120 GUYER AVE.

       PHILADELPHIA, PA 19153-

Counsel for debtor(s), by electronic notice only.

       SHARON S. MASTERS, ESQ.
       2201 PENNSYLVANIA AVE

       PHILADELPHIA, PA 19130-

                               /S/ William C. Miller

Date: 6/20/2019

                               _____

                               William C. Miller, Esquire
                               Chapter 13 Standing Trustee