# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12192-ELF

HADY TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
HADY TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-

**Counsel for debtor(s), by electronic notice only.**
SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE

PHILADELPHIA, PA 19130-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 7/23/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee