IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Hady Traore | : | Chapter 13 |
| Debtor | : | No. 19-12192elf |

**CERTIFICATION OF NO RESPONSE**

I, Sharon S. Masters, Attorney for Debtor, hereby certify that I served the Application for Attorney Compensation all appropriate parties and that twenty (20) days have passed with no response or objection thereto. Applicant respectfully requests the Court enter the proposed Order granting the Application for Attorney Compensation without a hearing.

**THE LAW OFFICE OF SHARON S. MASTERS**

By: **/s/ Sharon S. Masters, Esq.**

**Sharon S. Masters, Esq.**

**Attorney for Debtor**

**Date:`  7/29/2019**