# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 19-12192-ELF

HADY  TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     HADY  TRAORE

     7120 GUYER AVE.

     PHILADELPHIA, PA 19153-

Counsel for debtor(s), by electronic notice only.

     SHARON S. MASTERS, ESQ.
     2201 PENNSYLVANIA AVE

     PHILADELPHIA, PA 19130-

                         /S/ William C. Miller

Date: 7/31/2019

                         _____

                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee