IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Hady Traore                                                                : CHAPTER 13

    Debtor                                                                        : NO. 19-12192elf

ORDER

AND NOW, this <u>18th</u> day of <u>September</u>, 2019, upon consideration of the Application for

Compensation filed by Debtor's counsel, it is hereby **ORDERED** that the Application is **GRANTED**.

Compensation of $1,200.00 is **ALLOWED**. It is further **ORDERED** that $600.00 shall be disbursed by

the Chapter 13 Standing Trustee to Debtor's counsel as an administrative expense

to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**