United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-12192-elf
Hady Traore                                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR           Page 1 of 1          Date Rcvd: Sep 19, 2019
                             Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db            +Hady Traore,    7120 Guyer Ave.,    Philadelphia, PA 19153-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
          Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
          Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com
          SHARON S. MASTERS   on behalf of Debtor Hady   Traore shmasters@hotmail.com,
          G65312@notify.cincompass.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Hady Traore
                    Debtor(s)                          Chapter: 13

                                                       Bankruptcy No: 19–12192–elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this September 17, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Judge ,
                                        United States Bankruptcy Court

                                                                55 – 21
                                                                Form 155