United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12192-elf
Hady Traore                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 1            Date Rcvd: Sep 19, 2019
                      Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +Hady Traore,    7120 Guyer Ave.,    Philadelphia, PA 19153-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
      Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
      Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com
      SHARON S. MASTERS    on behalf of Debtor Hady  Traore shmasters@hotmail.com,
      G65312@notify.cincompass.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Hady Traore                                                                : CHAPTER 13

    Debtor                                                                       : NO. 19-12192elf

ORDER

AND NOW, this __18th__ day of __September__, 2019, upon consideration of the Application for

Compensation filed by Debtor's counsel, it is hereby **ORDERED** that the Application is **GRANTED**.

Compensation of $1,200.00 is **ALLOWED**. It is further **ORDERED** that $600.00 shall be disbursed by

the Chapter 13 Standing Trustee to Debtor's counsel as an administrative expense

to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**