**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>HADY TRAORE | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-12192-ELF |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 4, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE
APT 517
PHILADELPHIA, PA 19130-

Debtor:
HADY TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-