**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| In re   Hady Traore | : | Chapter 13 |
| Debtor | : | No. 19-12192elf |
| | : | **HEARING DATE** |
| | : | **12/8/2020 at 1:00PM** |
| | | **COURTROOM #1** |

**NOTICE OF MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE**

Debtor has filed papers with the court to ask for an order reinstating their Chapter 13 case

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion to Vacate Dismissal Order dated November 4, 2020 and Reinstate Chapter 13 Case or if you want the court to consider your views on the Motion, then on or before 11/30/2020, you or your attorney must:

1. File with the court an answer or objection explaining your position at Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert Nix, Sr. Courthouse, 900 Market Street, Ste. 400, Philadelphia, PA 19107.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: .
Sharon S. Masters, Esq.
2201 Pennsylvania Ave. #517
Philadelphia, PA 19130

2. **Attend the hearing scheduled to be held on December 8, 2020 at 1:00pm in Courtroom No. 1.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

/s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
2201 Pennsylvania Ave. #517
Philadelphia, PA 19130
Attorney for Debtors