# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12192-ELF

HADY TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  HADY TRAORE

  7120 GUYER AVE.

  PHILADELPHIA, PA 19153-

Counsel for debtor(s), by electronic notice only.

  SHARON S. MASTERS, ESQ.
  132 OVERLEAF DRIVE

  THORNDALE, PA 19372-

Date: 9/28/2022

        /S/ Kenneth E. West
        _____
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee