# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Hady Traore<br>　　　　　　　Debtor(s)<br><br>Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2<br>　　　　　　　v.<br>Hady Traore<br>　　　　　　　And<br>Rahamatoulah Traore<br>　　　　　　　Co-Debtor<br><br>Kenneth E. West Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-12192 ELF |

## ORDER

AND NOW, this 5th day of December, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 3, 2020 it is ORDERED that the automatic stay ounder 11 U.S.C. Sections 362 and 1301 is modified to allow Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7120 Guyer Avenue Philadelphia, PA 19153.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**