**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    **Chapter 13**
HADY  TRAORE


                    **Debtor**          **Bankruptcy No.** 19-12192-ELF

# O R D E R

**AND NOW**, this ___20th___ day of ___December___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


_____
Honorable Eric L. Frank
Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
132 OVERLEAF DRIVE

THORNDALE, PA 19372-


Debtor:
HADY  TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-