United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Hady Traore  
    Debtor

Case No. 19-12192-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 20, 2022     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hady Traore, 7120 Guyer Ave., Philadelphia, PA 19153-2406 |
| 14318551 | + | Carrington Mortgage Services LLC, Servicer for Deutsche Bank National, c/o Rebecca Solarz Esquire, KML Law Group P.C., 701 Market Street ste 5000 Philadelphia Pa 19106-1541 |
| 14308856 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2022 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14305128 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 21 2022 00:08:00 | CARRINGTON MORTGAGE SERVICES, 1600 S DOUGLASS RD, SUITE 200-A, ANAHEIM CA 92806-5948 |
| 14377961 | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14305130 | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | CITY OF PHILADELPHIA, c/o LAW DEPARTMENT, 1515 ARCH ST, 14TH FLOOR, PHILADELPHIA PA 19107 |
| 14332278 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:15:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14337181 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 21 2022 00:08:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14305126 | + | Email/Text: bknotice@ercbpo.com | Dec 21 2022 00:08:00 | Enhanced Recovery, 8014 bayberry Road, Jacksonville, FL 32256-7412 |
| 14305129 | ^ | MEBN | Dec 21 2022 00:07:54 | KML Law Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14305127 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2022 00:08:00 | Kohl?s/Capone, POB 3115, Milwaukee, WI 53201-3115 |
| 14339596 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 00:14:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305125 | | Email/Text: bankruptcies@penncredit.com | Dec 21 2022 00:08:00 | Penn Credit Corporation, 916 S. 4th St., POB 988, Harrisburg, PA 17108 |
| 14310238 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 00:15:01 | T Mobile/T-Mobile USA Inc, by American |

InfoSource as agent, 4515 N Santa Fe Ave,
Oklahoma City, OK 73118-7901

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Hady Traore shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Chapter 13
HADY TRAORE

Debtor   Bankruptcy No. 19-12192-ELF

## ORDER

**AND NOW**, this ___20th___ day of ___December___, 202_2_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
132 OVERLEAF DRIVE

THORNDALE, PA 19372-

Debtor:
HADY TRAORE

7120 GUYER AVE.

PHILADELPHIA, PA 19153-